# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1107**
**CAF 11-01190**
PRESENT: FAHEY, J.P., PERADOTTO, CARNI, WHALEN, AND MARTOCHE, JJ.

---

IN THE MATTER OF GENA S.

------------------------------------------------

GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES,
PETITIONER-RESPONDENT;

MEMORANDUM AND ORDER

KAREN M., RESPONDENT-APPELLANT.

------------------------------------------------

JACQUELINE M. GRASSO, ESQ., ATTORNEY FOR THE
CHILD, APPELLANT.
(APPEAL NO. 4.)

---

DAVID J. PAJAK, ALDEN, FOR RESPONDENT-APPELLANT.

JACQUELINE M. GRASSO, ATTORNEY FOR THE CHILD, BATAVIA, APPELLANT PRO
SE.

CHARLES N. ZAMBITO, COUNTY ATTORNEY, BATAVIA (PAULA A. CAMPBELL OF
COUNSEL), FOR PETITIONER-RESPONDENT.

---

Appeals from an order of the Family Court, Genesee County (Eric
R. Adams, J.), entered May 19, 2011 in a proceeding pursuant to Family
Court Act article 10-A.  The order, among other things, adjudged that
the permanency goal for Gena S. is placement for adoption.

It is hereby ORDERED that said appeal by respondent is
unanimously dismissed, the order is reversed on the law without costs
and the matter is remitted to Family Court, Genesee County, for
further proceedings in accordance with the same Memorandum as in
*Matter of Gena S.* ([appeal No. 1] ___ AD3d ___ [Dec. 21, 2012]).

Entered:  December 21, 2012                    Frances E. Cafarell
                                               Clerk of the Court